**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**DELIA J. MITCHELL**                                                       **PLAINTIFF**

V.                                                       **NO. 1:18-CV-82-DMB-DAS**

**THE TJX COMPANIES, INC.**                                   **DEFENDANT**

## ORDER OF RECUSAL

This case was assigned to United States District Judge Debra M. Brown on May 9, 2018. Judge Brown, on her own motion, **RECUSES** herself from this case. The Clerk of the Court is directed to transfer and re-assign this case to another district court judge.

**SO ORDERED**, this 3rd day of July, 2018.

                                                                  **/s/Debra M. Brown**
                                                                   **UNITED STATES DISTRICT JUDGE**