IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

DELIA J. MITCHELL                                                                                    PLAINTIFF

V.                                                            CIVIL ACTION NO. 1:18-CV-82-SA-DAS

THE TJX COMPANIES, INC.
*doing business as* HOMEGOODS                                                        DEFENDANT

ORDER AND FINAL JUDGMENT

Pursuant to a separate Memorandum Opinion issued this day, the Defendant's Motion for Summary Judgment [44] is GRANTED. The Court hereby orders this case DISMISSED with prejudice, and this CASE is CLOSED.

SO ORDERED, this the 13th day of August, 2019.

/s/ Sharion Aycock
UNITED STATES DISTRICT COURT JUDGE